**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date April 16, 2026

Toyota Motor Credit Corporation

Vs.

Stephen Cadillac GMC et al

BKY Appellant

BKY Appellee

BKY case #

Start Time 9:35    End Time 2:50

Recess (if more than ½ hr) 9:50 to 2:34

Total Time _____ hour(s) 31 _____ minute(s)

Case # 3:26CV511 (SFR)

Honorable Judge Sarah F. Russell

Deputy Clerk D. Lewis

Counsel for Pla(s) Picard, Skalka

Counsel for Dft(s) Order

Reporter/Courtsmart Terri Fidanza

Interpreter

Language

Hearing held

[✓] in person   [ ] by video   [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Order of Referral to Judge Farrish to enter for mediation. Parties have reached an interim agreement until May 15, 2026 with terms as set forth on the record.

Rev. 2/11/26