**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TOYOTA MOTOR CREDIT CORPORATION

     Plaintiff

Civil Action No. 3:26-cv-00511-SFR

v.

STEPHEN CADILLAC GMC, INC.; STEPHEN
J. BARBERINO, JR., INDIVIDUALLY; MARY ANN
HALL, AS TRUSTEE, AND STEPHEN
J. BARBERINO, JR, AS TRUSTEE

May 1, 2026

     Defendants

**[PROPOSED] CONSENT ORDER ON MOTION FOR INJUNCTIVE RELIEF,**
**REPLEVIN AND PREJUDGMENT REMEDY**

WHEREAS, a motion dated April 9, 2026 (the "Motion") has been filed by the plaintiff, Toyota Motor Credit Corporation ("TMCC"), in the above captioned action for injunctive relief, replevin and prejudgment remedy seeking, among other things, an order to replevy certain personal property of the defendant Stephen Cadillac GMC, Inc. ("SCG") and a prejudgment attachment on the property of the defendants Stephen J. Barberino, Jr., Mary Ann Hall, in her capacity as Trustee of the Stephen J. Barberino, Jr. Accumulation Trust, and Stephen Barberino, in his capacity as Trustee of the Stephen J. Barberino, Jr. Spray Trust (collectively, the "Guarantors");

WHEREAS, after lengthy discussions and negotiations between the parties at the hearing on the Motion held on April 16, 2026 and in a mediation session before Magistrate Judge Thomas Farrish on April 22, 2026, TMCC, SCG and the Guarantors (collectively, the "Parties") have agreed to prejudgment remedies in accordance with Con. Gen Stat. Sections 52-515 *et seq.* and Conn. Gen Stat. Sections 52-278a *et seq.* upon the following terms and conditions:

    1.    The Guarantors agree to the issuance of an order for prejudgment remedy of

1

attachment, in the amount of $5,000,000.00 (FIVE MILLION DOLLARS), on any and all real property held by Stephen J. Barberino, Jr., Stephen J. Barberino, Jr. Accumulation Trust, and Stephen J. Barberino, Jr. Spray Trust, with the exception of the real property located at 1069 Farmington Ave, Bristol, CT ("Dealership Lot"), authorizing the immediate attachment of the property as set forth in Exhibits A and B attached hereto.  The dollar amount of the attachments in Exhibits A and B shall be reduced by TMCC, by the filing of amended prejudgment attachments on the applicable land records on or before May 18, 2026,  by the amount of funds it receives by May 8, 2026 for payment of the outstanding SCG obligations due TMCC after the entry of  this Order.

2.      SCG shall deliver to Manheim New England or Manheim New York (collectively, "Manheim") for sale by auction the vehicles within the Inventory Collateral[1] that were not financed under the SCG Financing Agreements (as defined in Paragraphs 1 and 14-16 of the Complaint and copies of which are attached as Exhibits A-E to the Affidavit of Deanna Kostelnik (Doc. 13-1 at pages 10-108)) but are subject to TMCC's liens and security interests (the "ADD VINs")[2] no later than May 4, 2026, with an assignment of proceeds executed by SCG in favor of TMCC and

---

[1] For purposes of this Order, "Inventory Collateral" shall include: (i) all new and used Motor Vehicles (defined or otherwise described in the definition of "Collateral" in Schedule 1 to Inventory Loan and Security Agreement - Defined Terms (Exhibit B to the Affidavit of Deanna Kostelnik (Doc. 13-1 at page 52) and referred to in Section 5.6 of the SCG Financing Agreements) together with such property related thereto (including without limitation documents of title, chattel paper and all keys); (ii) any additional Motor Vehicles that are subject to TMCC's security interest under the SCG Financing Agreements, including trade-in vehicles, off-lease vehicles or other used vehicles acquired by SCG, together with such property related thereto (including without limitation documents of title, chattel paper and all keys) and (iii) any additional vehicles that are subject to TMCC's security interest other than TRAC Vehicles (as defined in footnote 3 below).

[2] See Schedule A attached hereto, which is a list of used Motor Vehicles on the Dealership Lot that are not currently on floor plan financing with TMCC as of April 29, 2026. Please note said schedule is redacted leaving the last 4 of the Vehicle Identification Number.

delivered to TMCC prior to the sale or auction of any such ADD VINs. The sale of the ADD VINs will be conducted by Manheim, and TMCC shall deliver the titles for the ADD VINs directly to Manheim along with the executed assignment of proceeds. All proceeds from the sale of the ADD VINs shall be paid by Manheim directly to TMCC and applied initially to the balance of Sold Out of Trust Vehicles ("SOT") claimed by TMCC to have been made by SGC, with any remaining proceeds applied to the outstanding SCG obligations due TMCC under the SCG Financing Agreements.

3.    No later than May 6, 2026, SCG shall refinance with NextGear Capital, Inc. ("NextGear") any used motor vehicles (other than TRAC Vehicles[3]) in the Inventory Collateral financed prior to the date of this Order by TMCC pursuant to the SCG Finance Agreements[4] (the "Used Motor Vehicles"). A letter of understanding or assignment of proceeds executed by SCG in favor of TMCC will be delivered to TMCC prior to consummation of the refinance transaction. TMCC will cooperate with NextGear to effectuate the transfer of the floor plan financing of the Used Motor Vehicles by, for example, providing to SGC and/or NextGear titles to all such vehicles. All amounts from the NextGear refinance transaction shall be paid to TMCC and applied by TMCC to the balance due and owing TMCC on its floor plan financing under the SCG Financing Agreements.

4.    As to vehicles in the Inventory Collateral not sold or refinanced pursuant to paragraphs 2 and 3 above because SCG does not currently have their titles, SCG will provide to

---

[3] For purposes of this Order, "TRAC Vehicles" are vehicles owned by and registered in the name of SGC but subject to the liens of TMCC and utilized by SCG for short-term rental purposes.

[4] See Schedule B attached hereto which is a list of Used Motor Vehicles on the Dealership Lot that are on floor plan financing with TMCC as of April 29, 2026. Please note said schedule is redacted leaving the last 4 of the Vehicle Identification Number.

TMCC a list of such untitled ADD VINs or Used Motor Vehicles (not including any TRAC Vehicles) by May 1, 2026 and either sell them at Manheim or include them in the refinance with NextGear no later than June 1, 2026.

5.  A prejudgment remedy order shall issue, pursuant to which TMCC may effectuate an attachment of the Dealership Lot (as set forth in Exhibit C), all to the value and amount of $5,000,00.00 (FIVE MILLION DOLLARS), less any amounts received by TMCC for the outstanding SCG obligations due TMCC after the entry of this Order before such attachment, on or after June 1, 2026.  If, however, an event of default, as defined in paragraph 8. i), ii), or iii) below, occurs, TMCC may effectuate the attachment immediately, all to the value and amount of $5,000,00.00 (FIVE MILLION DOLLARS), less any amounts received by TMCC for the outstanding obligations due TMCC after the entry of this  Order before such attachment.  If  SCG and the Guarantors pay all remaining amounts due and owing to TMCC under the SCG Finance Agreements by June 1, 2026, then TMCC shall not effectuate such attachment of the Dealership Lot, and Exhibit C shall be void.

6.  An order of replevin (as set forth in Exhibit D),  shall enter with immediate effect as to the Inventory Collateral but shall not be enforced until June 1, 2026.  If, however, an event of default, as defined in paragraph 8 i) or ii) below, occurs, TMCC may replevy the Inventory Collateral and all TRAC Vehicles.  If  SCG and the Guarantors pay all remaining amounts due and owing to TMCC under the SCG Finance Agreements by June 1, 2026, then TMCC shall not effectuate such replevin, and Exhibit D shall be void.

7.  TRAC Vehicles may be used by SCG (including its customers and employees) up to June 1, 2026 unless SCG fails to comply with paragraphs 2 or 3 above, SCG sells any TRAC Vehicle for less than fair market value, or an event of default as set forth in paragraph 8 i), ii), or

iii) below occurs, at which time, SCG must return the TRAC Vehicles to the Dealership Lot immediately, and TMCC may replevy all TRAC Vehicles (whether returned or not).

8.    An "event of default" is defined as:

i)    default by SCG on any payment due and owing to TMCC based on the sale of a motor vehicle included in the Inventory Collateral;

ii)    failure of SCG to comply with paragraphs 2, 3, or 4 above; or

iii)    the commencement of an action in state or federal court with a claim of damages in the amount of One Hundred Thousand Dollars ($100,000.00), not covered by insurance, by any third party against any of the Defendants.

NOW, THEREFORE, it is hereby:

ORDERED that an order of replevin shall enter with immediate effect as to the Inventory Collateral but shall not be enforced until June 1, 2026 if SCG complies with paragraphs 2, 3 and 4 above.  If, however,  SCG fails to comply with paragraphs 2, 3 or 4 above or an event of default defined in paragraph 8 above occurs prior thereto, TMCC may replevy the Inventory Collateral; and it is further

ORDERED that Defendants shall desist from interfering in any way with TMCC's replevin of the Inventory Collateral (including but not limited to not blocking access to the Inventory Collateral); and it is further

ORDERED that the Plaintiff may attach to the value and amount of $5,000,000.00 (FIVE MILLION DOLLARS) any and all real property held by Stephen J. Barberino, Jr., Stephen J. Barberino, Jr. Accumulation Trust and Stephen J. Barberino, Jr. Spray Trust in accordance with the terms outlined above in paragraphs 1 and 6; and it is further

ORDERED that the Court may extend any of the above deadlines upon application and

6

good cause shown by defendants or joint application of the parties.


SO ORDERED at New Haven, Connecticut this __ day of May 2026.


_____

Hon. Sarah F. Russell

# SCHEDULE A

## Schedule A

## ADD VIN Vehicles at Dealership as of April 29, 2026

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 6751 | 2026 | Tesla | Model Y |
| 0013 | 2024 | BMW | i4 |
| 5210 | 2018 | BMW | X4 |
| 1929 | 2021 | Tesla | Model Y |
| 4507 | 2013 | Honda | Accord |
| 1642 | 2017 | Ford | Taurus |
| 1011 | 2014 | Cadillac | Escalade |
| 4137 | 2018 | Jeep | Grand Cherokee |
| 2364 | 2014 | Nissan | Sentra |
| 5304 | 2009 | Honda | Civic |
| 6009 | 2020 | Nissan | Rogue |
| 6850 | 2011 | Land Rover | LR4 |
| 1896 | 2011 | Volkswagen | Jetta |
| 3895 | 2015 | Toyota | Camry |
| 5718 | 2013 | Toyota | RAV4 |

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 7088 | 2021 | Toyota | Camry |
| 5042 | 2023 | Toyota | Corolla |
| 3254 | 2020 | Toyota | Camry |
| 9355 | 2022 | Toyota | Sienna |
| 3950 | 2025 | Toyota | 4Runner |
| 7445 | 2017 | Honda | Pilot |
| 4262 | 2013 | Toyota | Corolla |
| 3421 | 2017 | Chevrolet | Equinox |
| 2533 | 2011 | BMW | 328Xl |
| 8849 | 2021 | Subaru | Outback |
| 0027 | 1999 | Chevrolet | 1500 Express |
| 5992 | 2021 | Toyota | Prius Prime |
| 8145 | 2024 | Toyota | Highlander |
| 3602 | 2017 | Nissan | Rogue |
| 6819 | 2020 | Chevrolet | Express |
| 6711 | 2017 | GMC | 1500 Sierra |
| 8015 | 2023 | Nissan | Sentra |
| 0097 | 2023 | Tacoma | 4x4 |
| 1673 | 2013 | Chrysler | 200 |
| 3714 | 2005 | GMC | c4500 |
| 9779 | 2021 | Toyota | Camry |

| Last 4 of VIN | Year | Make | Model |
| --- | --- | --- | --- |
| 9070 | 2023 | Toyota | Tacoma |
| 3535 | 2019 | Toyota | Highlander |
| 4028 | 2016 | Nissan | Rogue |
| 9262 | 2018 | Nissan | Frontier |
| 4766 | 2016 | Ford | Explorer |
| 7430 | 2021 | Ford | Explorer Interceptor |
| 2633 | 2022 | Ford | Escape |
| 4451 | 2011 | Ford | Explorer |
| 8520 | 2002 | Ford | Explorer |
| 5492 | 2020 | BMW | 540i |
| 0391 | 2018 | Toyota | Tacoma |
| 1970 | 2002 | Buick | Lucerne |
| 7487 | 2018 | Jeep | Grand Cherokee |
| 1395 | 2024 | Kia | Seltos |
| 1534 | 2024 | Jeep | Grand Cherokee |
| 4846 | 2011 | Ford | Explorer |
| 2755 | 2010 | Ford | Explorer |

3

EXHIBIT A

8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TOYOTA MOTOR CREDIT CORPORATION

     Plaintiff

v.

STEPHEN CADILLAC GMC, INC.; STEPHEN
J BARBERINO, JR., INDIVIDUALLY; MARY ANN
HALL, AS TRUSTEE, AND STEPHEN
J BARBERINO, JR, AS TRUSTEE

     Defendants

Civil Action No. 3:26-cv-00511-SFR

May  , 2026

PREJUDGMENT ATTACHMENT

THIS IS TO CERTIFY that in accordance with an Order of Attachment entered by this Court on behalf of the plaintiff, Toyota Motor Credit Corporation ("Plaintiff"), having its principal place of business at 6565 Headquarters Drive W2-5A, Plano, Texas 75024-5965, and in accordance with Connecticut General Statutes Section 52-278f, authorizing the attachment to the value of $5,000,000 (FIVE MILLION DOLLARS), against the interests of the defendant Stephen J Barberino, ("Defendant") in the real estate located at

   a.  1 Briar Cliff, Burlington, CT 06013;

   b.  3 Briar Cliff, Burlington, CT 06013; and

   c.  68 Black Walnut Lane, Burlington, CT 06013 (collectively, the "Properties")

I hereby attach all right, title and interest of the Defendant in the Properties.

ATTEST:

_____
CONNECTICUT STATE MARSHAL

9

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TOYOTA MOTOR CREDIT CORPORATION

      Plaintiff                                  Civil Action No. 3:26-cv-00511-SFR

v.

STEPHEN CADILLAC GMC, INC.; STEPHEN
J BARBERINO, JR., INDIVIDUALLY; MARY ANN      May  , 2026
HALL, AS TRUSTEE, AND STEPHEN
J BARBERINO, JR, AS TRUSTEE

      Defendants

<u>PREJUDGMENT ATTACHMENT</u>

THIS IS TO CERTIFY that in accordance with an Order of Attachment entered by this Court on behalf of the plaintiff, Toyota Motor Credit Corporation ("Plaintiff"), having its principal place of business at 6565 Headquarters Drive W2-5A, Plano, Texas 75024-5965, and in accordance with Connecticut General Statutes Section 52-278f, authorizing the attachment to the value of $5,000,000.00 (FIVE MILLION DOLLARS), against the interests of the defendant Stephen J Barberino, in his capacity as trustee of the Stephen J. Barberino Jr. Spray Trust ("Defendant") and to Defendant's interest in the real estate located at 820 Stafford Ave., Units 1, 2, 3, 4, 5, 6, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 43, 44, 45, 46, and 48, Bristol, CT 06010 (the "Properties").

I hereby attach all right, title and interest of the Defendant to the Properties.

ATTEST:

                              _____
                              CONNECTICUT STATE MARSHAL

11

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TOYOTA MOTOR CREDIT CORPORATION

     Plaintiff                                 Civil Action No. 3:26-cv-00511-SFR

v.

STEPHEN CADILLAC GMC, INC.; STEPHEN
J BARBERINO, JR., INDIVIDUALLY; MARY ANN     May  , 2026
HALL, AS TRUSTEE, AND STEPHEN
J BARBERINO, JR, AS TRUSTEE

     Defendants

PREJUDGMENT ATTACHMENT

THIS IS TO CERTIFY that in accordance with an Order of Attachment entered by this

Court on behalf of the plaintiff, Toyota Motor Credit Corporation ("Plaintiff"), having its principal

place of business at 6565 Headquarters Drive W2-5A, Plano, Texas 75024-5965, and in accordance

with Connecticut General Statutes Section 52-278f, authorizing the attachment to the value of

$5,000,000.00 (FIVE MILLION DOLLARS), against the interests of defendants Stephen J

Barberino, in his capacity as trustee of the Stephen J. Barberino Jr. Spray Trust, and Mary Ann

Hall, in her capacity as trustee of the Stephen J. Barberino Jr. Accumulation Trust, in the real estate

located at 1069 Farmington Ave, Bristol, CT ("Property"), I hereby attach all right, title and interest

of such defendants to the Property.

                                  ATTEST:

                                  _____
                                  CONNECTICUT STATE MARSHAL

13

# EXHIBIT D

14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TOYOTA MOTOR CREDIT CORPORATION

     Plaintiff                          Civil Action No. 3:26-cv-00511-SFR

v.

STEPHEN CADILLAC GMC, INC.; STEPHEN
J BARBERINO, JR., INDIVIDUALLY; MARY ANN      May  , 2026
HALL, AS TRUSTEE, AND STEPHEN
J BARBERINO, JR, AS TRUSTEE

     Defendants

ORDER OF REPLEVIN

WHEREAS, a motion has been filed ("Motion") by the plaintiff Toyota Motor Credit Corporation ("Plaintiff") in the above captioned action for a prejudgment remedy to replevy certain personal property of Stephen Cadillac GMC, Inc. ("Defendant") identified in the attached Schedule A.

WHEREAS, after hearing on April 16, 2026 at which the Plaintiff and the Defendant appeared, it is found that (i) the parties have agreed to entry of this Order of Replevin and (ii) Plaintiff has posted a surety bond in the amount of $11,000,000.00, the form, conditions, and sufficiency of which satisfies the requirements of Conn. Gen. Stat. §52-518 - §52-519. Accordingly, the Plaintiff's Motion is hereby GRANTED, and it is hereby

ORDERED that the Plaintiff may replevy up to the value of $5,00,000.00 (FIVE MILLION DOLLARS) certain personal property of the Defendant identified as Inventory Collateral in the possession of the Defendant more particularly described in Schedule B attached hereto, as may be amended by the Plaintiff after audit conducted by the Plaintiff and submitted to and confirmed or corrected by defendant Stephen Cadillac GMC, Inc. within one day after receipt of the audit, to reflect changes in the Inventory Collateral occurring after the operative date of Schedule B.

15

16

ORDERED, that Plaintiff shall maintain possession of the Inventory Collateral and may not dispose of the same, unless it shall first prosecute its complaint to full effect and recover a final judgment in its favor.


SO ORDERED at New Haven, CT this ___, day of May, 2026.


_____

Hon. Sarah. F. Russell

# SCHEDULE B

## Schedule B

**i.ADD VIN Vehicles at Dealership Lot as of April 29, 2026;**
**ii.Floor plan financed vehicles at Dealership Lot as of April 29, 2026; and**
**iii.TRAC Vehicles**

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 6751 | 2026 | Tesla | Model Y |
| 0013 | 2024 | BMW | i4 |
| 5210 | 2018 | BMW | X4 |
| 1929 | 2021 | Tesla | Model Y |
| 4507 | 2013 | Honda | Accord |
| 1642 | 2017 | Ford | Taurus |
| 1011 | 2014 | Cadillac | Escalade |
| 4137 | 2018 | Jeep | Grand Cherokee |
| 2364 | 2014 | Nissan | Sentra |
| 5304 | 2009 | Honda | Civic |
| 6009 | 2020 | Nissan | Rogue |
| 6850 | 2011 | Land Rover | LR4 |
| 1896 | 2011 | Volkswagen | Jetta |
| 3895 | 2015 | Toyota | Camry |
| 5718 | 2013 | Toyota | RAV4 |

1

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 7088 | 2021 | Toyota | Camry |
| 5042 | 2023 | Toyota | Corolla |
| 3254 | 2020 | Toyota | Camry |
| 9355 | 2022 | Toyota | Sienna |
| 3950 | 2025 | Toyota | 4Runner |
| 7445 | 2017 | Honda | Pilot |
| 4262 | 2013 | Toyota | Corolla |
| 3421 | 2017 | Chevrolet | Equinox |
| 2533 | 2011 | BMW | 328Xl |
| 8849 | 2021 | Subaru | Outback |
| 0027 | 1999 | Chevrolet | 1500 Express |
| 5992 | 2021 | Toyota | Prius Prime |
| 8145 | 2024 | Toyota | Highlander |
| 3602 | 2017 | Nissan | Rogue |
| 6819 | 2020 | Chevrolet | Express |
| 6711 | 2017 | GMC | 1500 Sierra |
| 8015 | 2023 | Nissan | Sentra |
| 097 | 2023 | Tacoma | 4x4 |
| 1673 | 2013 | Chrysler | 200 |
| 3714 | 2005 | GMC | c4500 |
| 9779 | 2021 | Toyota | Camry |

| Last 4 of VIN | Year | Make | Model |
| --- | --- | --- | --- |
| 9070 | 2023 | Toyota | Tacoma |
| 3535 | 2019 | Toyota | Highlander |
| 4028 | 2016 | Nissan | Rogue |
| 9262 | 2018 | Nissan | Frontier |
| 4766 | 2016 | Ford | Explorer |
| 7430 | 2021 | Ford | Explorer Interceptor |
| 2633 | 2022 | Ford | Escape |
| 4451 | 2011 | Ford | Explorer |
| 8520 | 2002 | Ford | Explorer |
| 5492 | 2020 | BMW | 540i |
| 0391 | 2018 | Toyota | Tacoma |
| 1970 | 2002 | Buick | Lucerne |
| 7487 | 2018 | Jeep | Grand Cherokee |
| 1395 | 2024 | Kia | Seltos |
| 1534 | 2024 | Jeep | Grand Cherokee |
| 4846 | 2011 | Ford | Explorer |
| 2755 | 2010 | Ford | Explorer |
| 0435 | 2024 | Volkswagen | ID.4 Pro S |
| 1170 | 2025 | Audi | Q4E-TRON Premium |
| 2238 | 2024 | Audi | Q8 E-TRON Sport |
| 2467 | 2025 | Audi | Q5 Premium 40 |
| 6465 | 2023 | Lexus | RZ 450E |

3

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 7183 | 2024 | Toyota | Prius LE |
| 9494 | 2026 | Toyota | Crown Signia XL |
| 1108 | 2026 | Toyota | Tacoma Double C |
| 3675 | 2023 | Toyota | Highlander L |
| 3753 | 2022 | Toyota | Tundra Crewmax |
| 4792 | 2025 | Toyota | Prius Prime SE |
| 8744 | 2025 | Toyota | Prius Prime SE |
| 8741 | 2026 | Toyota | Tacoma Double C |
| 4130 | 2020 | Mercedes | CLA 250 |
| 4918 | 2022 | Kia | K5 GT Line |
| 1129 | 2026 | Toyota | 4Runner SR5 |
| 5184 | 2024 | Cadillac | Lyriq Luxury |
| 9751 | 2023 | Chevrolet | Tahoe K1500 LT |
| 3537 | 2024 | Jeep | Compass Limited |
| 3879 | 2019 | Mercedes | GLE Coupe 43 AM |
| 5939 | 2022 | Toyota | Tacoma Double C |
| 8770 | 2023 | Mazda | CX-50 Base |
| 4724 | 2025 | Chevrolet | Trax Activ |
| 1656 | 2021 | Mercedes | E 450 4Matic |
| 7216 | 2023 | Toyota | Tacoma Double C |
| 3031 | 2024 | Chevrolet | Silverado K1500 |
| 9309 | 2024 | Kia | EV6 GT |

4

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 0870 | 2019 | GMC | Sierra K1500 SL |
| 6533 | 2024 | Chevrolet | Trailblazer LT |
| 9560 | 2021 | GMC | Sierra K1500 SL |
| 0759 | 2024 | Chevrolet | Blazer 2LT |
| 4796 | 2024 | Chevrolet | Blazer 2LT |
| 7342 | 2025 | GMC | Terrain Elevation |
| 0175 | 2024 | Toyota | Sienna LE |
| 2659 | 2026 | Toyota | Tacoma Double C |
| 4306 | 2026 | Toyota | Tacoma Double C |
| 6599 | 2022 | Tesla | Model 3 |
| 8177 | 2026 | Toyota | Tacoma Double C |
| 2724 | 2018 | Chevrolet | Tahoe K1500 PRE |
| 1226 | 2024 | Hyundai | Ioniq 5 Limited |
| 9513 | 2026 | Toyota | Tundra Crewmax |
| 4094 | 2025 | Nissan | Kicks SR |
| 7627 | 2026 | Toyota | Tundra Crewmax |
| 1388 | 2024 | Toyota | RAV4 XLE Premium |
| 3631 | 2021 | Land Rover | Range Rover AUT |
| 9462 | 2021 | Toyota | Camry SE |
| 8035 | 2022 | Tesla | Model 5 |
| 5459 | 2019 | Jeep | Wrangler Unlimited |

5

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 7686 | 2023 | Jeep | Grand Cherokee |
| 2690 | 2024 | Jeep | Grand Cherokee |
| 4075 | 2022 | Jeep | Grand Cherokee |
| 5312 | 2019 | Dodge | Charger SCAT PA |
| 4641 | 2022 | Mercedes | GLE 350 4MATIC |
| 0077 | 2021 | Jeep | Grand Cherokee |
| 8912 | 2024 | Hyundai | Elantra SEL |
| 1419 | 2023 | Dodge | Charger SRT HEL |
| 3767 | 2022 | Acura | MDX-A-SPEC |
| 7294 | 2024 | Ford | Transit T-350 |
| 4691 | 2022 | Ford | F150 Supercrew |
| 8549 | 2021 | BMW | X7 M501 |
| 8600 | 2021 | Ford | F150 Supercrew |
| 5499 | 2020 | BMW | X7 M501 |
| 8904 | 2022 | BMW | M8 |
| 1539 | 2021 | BMW | 228l |
| 1064 | 2023 | Jaguar | F-Type R Dynamic |
| 7407 | 2024 | Jaguar | F-Type 75 |
| 7812 | 2023 | BMW | 17 Xdrive 60 |
| 1097 | 2024 | BMW | 14 Xdrive 40 |
| 6599 | 2023 | Toyota | Tacoma |
| 7144 | 2026 | Toyota | Tundra |

6

| Last 4 of VIN | Year | Make | Model |
| --- | --- | --- | --- |
| 8508 | 2025 | Toyota | Corolla |
| 5747 | 2023 | Toyota | Tundra |
| 6380 | 2026 | Toyota | Grand Highlander |
| 3008 | 2024 | Toyota | Tacoma |
| 4994 | 2026 | Toyota | Tacoma |
| 1807 | 2022 | Toyota | Sienna |
| 4051 | 2025 | Toyota | Tacoma |
| 7001 | 2024 | Toyota | RAV4 |
| 8739 | 2024 | Toyota | RAV4 |
| 5751 | 2023 | Toyota | Camry |
| 0561 | 2022 | Toyota | Highlander |
| 0201 | 2023 | Toyota | Corolla |
| 3881 | 2023 | Toyota | Tundra |
| 4735 | 2023 | Toyota | Sienna |
| 9942 | 2023 | Toyota | Corolla |
| 0936 | 2023 | Toyota | Tacoma |
| 2558 | 2023 | Toyota | Tacoma |
| 2698 | 2023 | Toyota | Corolla |
| 6086 | 2025 | Toyota | Sienna |

| Last 4 of VIN | Year | Make | Model |
| --- | --- | --- | --- |
| 0746 | 2025 | Toyota | Sienna |
| 3098 | 2023 | Toyota | RAV4 |
| 7610 | 2026 | Toyota | Sienna |
| 7028 | 2023 | Toyota | RAV4 |
| 7538 | 2023 | Toyota | RAV4 |
| 6640 | 2023 | Toyota | RAV4 |
| 8152 | 2024 | Toyota | RAV4 |
| 4922 | 2024 | Toyota | RAV4 |
| 1926 | 2024 | Toyota | RAV4 |
| 8977 | 2024 | Toyota | RAV4 |
| 0287 | 2024 | Toyota | RAV4 |
| 0372 | 2023 | Toyota | Highlander |
| 9696 | 2024 | Toyota | Highlander |
| 1541 | 2025 | Toyota | Camry |
| 2374 | 2022 | Toyota | Highlander |
| 3056 | 2022 | Toyota | Highlander |
| 0216 | 2024 | Toyota | Highlander |
| 4539 | 2024 | Toyota | Highlander |

| Last 4 of VIN | Year | Make | Model |
|---|---|---|---|
| 0186 | 2025 | Toyota | Highlander |
| 8250 | 2025 | Toyota | Highlander |
| 3923 | 2026 | Toyota | Highlander |

9