**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION, | ) | |
| | ) | CIVIL ACTION NO. |
| PLAINTIFF, | ) | 3:26-CV-00511(SFR) |
| | ) | |
| V. | ) | |
| | ) | |
| STEPHEN CADILLAC GMC, INC., | ) | |
| STEPHEN J. BARBERINO, JR., INDIVIDUALLY; | ) | |
| MARY ANN HALL, AS TRUSTEE, AND | ) | |
| STEPHEN J. BARBERINO, JR., AS TRUSTEE, | ) | |
| | ) | JUNE 4, 2026 |
| DEFENDANTS. | ) | |
| | ) | |

## MOTION TO CONTINUE STAY OF CASE

Defendants Stephen Cadillac GMC, Inc., Stephen J. Barberino, Jr., Mary Ann Hall, as

Trustee of the Stephen J. Barberino, Jr. Accumulation Trust, and Stephen J. Barberino, Jr., as

Trustee of the Stephen J. Barberino, Jr. Spray Trust (collectively, "defendants"), respectfully

move to continue the stay of all deadlines in this case that was in effect from May 13 to June 1,

2026.

This action was filed by plaintiff Toyota Motor Credit Corporation ("TMCC") on April 4,

2026.  At a hearing on April 16, 2026 on TMCC's motion for injunctive relief, replevin, and

prejudgment remedies, the parties conducted lengthy discussions and negotiations that they

agreed to continue in a settlement conference with the assistance of Hon. Thomas O. Farrish,

which was then held all afternoon and into the evening on April 22, 2026.  As a result of the

settlement conference, the parties agreed on the terms and form of a proposed Consent Order that

was filed on May 1, 2026, as Doc. No. 27 and entered by the Court on May 5, 2026 as Doc. No.

28 (the "Order").

5750360

The Order provided certain relief to TMCC but also provided a framework for resolution of TMCC's claims through the sale or transfer of certain assets with several intermediate deadlines and a final deadline of June 1, 2026.  Those sales have brought down considerably the balance that TMCC is seeking to be paid.

On May 29, 2026, Stephen Cadillac GMC submitted to its franchisor, Toyota Motor Sales, USA, Inc., a request for approval of the sale of its franchise.  Stephen Cadillac GMC intends to pay TMCC in full from the proceeds of that sale, which is expected to close by June 30, 2026.

In light of the potential resolution of TMCC's claims and settlement of the case by June 30, 2026, defendants request that the Court continue, *nunc pro tunc*, from June 1, 2026 through June 30, 2026, its previous stay of all deadlines in this action, including defendants' deadline to respond to the Complaint and the deadline for the parties to submit a Rule 26(f) Report.  Such a stay will enable the defendants to focus their resources on settlement rather than on litigation. The stay will not apply to any enforcement proceedings related to the Order.

TMCC has consented to the continuation of the stay of the deadlines in this action through June 30, 2026.

> DEFENDANTS,
> STEPHEN CADILLAC GMC, INC.; STEPHEN J.
> BARBERINO, JR., INDIVIDUALLY;
> MARY ANN HALL, AS TRUSTEE; AND
> STEPHEN J. BARBERINO, JR., AS TRUSTEE
>
> By:    /s/ Richard S. Order
>     Richard S. Order, Esq. (ct02761)
>     UPDIKE, KELLY & SPELLACY, PC
>     225 Asylum Street, 20th Floor
>     Hartford, CT 06103
>     Tel. 860-548-2659
>     Fax. 860-548-2680
>     Email: rorder@uks.com

2

5750360